# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JOHN FELDER** | : | No.  06-079-1 |

### O R D E R

**AND NOW,** this 22nd day of September, 2015, upon consideration of the Defendant's Pro Se Motion for a Reduction of Sentence pursuant to 18 U.S. C. §3582(c)(2) and Amendment 782 to the Sentencing Guidelines (Doc. No. 217), and the Government's Response (Doc. No. 222) thereto, it is hereby **ORDERED** that the Motion (Doc. No. 217) is **DENIED** for the reasons set forth in the Government's Response, specifically, that Amendment 782 to Section 2D1.1 of the Sentencing Guidelines does not apply to Mr. Felder's sentence because his Guideline range was calculated based upon his career offender status and addressed by Section 4B1.1.  All relevant case law, as cited by the Government, supports this result.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge